UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROBERTINE T. MOORE** | **CIVIL ACTION NO. 10-1380** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 13], converted to a motion for summary judgment [Doc. No. 19], is GRANTED, and Plaintiff's Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE as time-barred.

MONROE, LOUISIANA, this the 22nd day of August, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE